IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHRISSY TEMPLE,<br>　　　　　Plaintiff,<br><br>VS.<br><br>WAL-MART STORES, INC.,<br>　　　　　Defendant. | §<br>§<br>§<br>§　CIVIL ACTION NO. H-13-00579<br>§<br>§<br>§ |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties' request as stated in **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41 (A)(1)(II)**, the Court hereby dismisses the claims of Plaintiff, CHRISSY TEMPLE, against Defendant, WAL-MART STORES TEXAS, L.L.C., incorrectly named as WAL-MART STORES, INC., with prejudice with costs taxed against the party incurring same.

SIGNED _October 21_, 2013.

_____
UNITED STATES DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

**CHANDLER, MATHIS & ZIVLEY, PC**

_____
Kirk Mathis
Texas Bar# 24006078
P.O. Box 340
Lufkin, Texas 75902-0340
Telephone (936) 632-7778
Facsimile (936)632-1304

**ATTORNEY FOR PLAINTIFF,
CHRISSY TEMPLE**


**BUSH & RAMIREZ, P.L.L.C.**

_____
John A. Ramirez
Attorney in Charge
Texas Bar No. 00798450
SDBN. 21280
Neal A. Hoffman
Texas Bar No. 24069936
SDBN. 1048603
5615 Kirby, Suite 900
Houston, Texas 77005
(713) 626-1555 phone
(713) 622-8054 fax
jramirez@bushramirez.com

**ATTORNEYS FOR DEFENDANT,
WAL-MART STORES TEXAS, L.L.C.**